**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Alfredo MONSIVAIS-CORNELIO,**
**Defendant-Appellant**

**No. 16-40388**
**Conference Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed April 18, 2017

John Richard Berry, Carmen Castillo Mitchell, Assistant U.S. Attorneys, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

Alfredo Monsivais-Cornelio, Pro Se

Before KING, HAYNES, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Alfredo Monsivais-Cornelio has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Monsivais-Cornelio has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.